IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY VIRGINIA CAMPBELL,<br><br>　　Plaintiff,<br><br>V.<br><br>BRIDGESTONE (USA), INC.,<br>BRIDGESTONE/FIRESTONE, INC.,<br>BRIDGESTONE/FIRESTONE NORTH<br>AMERICAN TIRES, L.L.C.,<br>BRIDGESTONE CORPORATION and<br>BRIDGESTONE AMERICAS<br>HOLDING, INC.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-05-0872<br><br>JURY DEMANDED |

## ORDER

This matter came before the Court upon the Plaintiff's Motion for Leave to File Amended Complaint.

IT IS THEREFORE ORDERED, that Plaintiff's Motion for Leave to File Amended Complaint should be GRANTED.

Signed this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT

AGREED:

_____
Shane R. Kadlec
Attorney for Plaintiffs

8